UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **ROXIE DODD,** | ) |
| Plaintiff, | ) ) |
| v. | ) No. 2:22-cv-00032 |
| **DOUG HUFFMAN, et al.,** | ) ) |
| Defendants. | ) ) |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 25) recommending that the Court deny Plaintiff Roxie Dodd's ("Dodd") amended motion for default judgment (Doc. No. 24) and dismiss the action without prejudice. Dodd has not filed timely objections to the R&R despite the R&R's specific warnings regarding waiver. (See Doc. No. 25 at 11).

Having thoroughly reviewed the R&R, the Court agrees with the Magistrate Judge's analysis. Specifically, the Court agrees that: (1) Dodd's amended motion for default judgment does not presented any documentation to support her claim for damages that the Court has not already determined inadequate; (2) Dodd's pattern of failing to fulfil Court orders and the Court's prior notice that it may dismiss her claims warrant dismissal under Rule 41(b); and (3) the less-drastic sanction of dismissal without prejudice is appropriate here. (See Doc. No. 25 at 6–10).

Accordingly, the R&R (Doc. No. 25) is **APPROVED AND ADOPTED**; Dodd's Second Amended Motion for Default Judgment (Doc. No. 24) is **DENIED**; and this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b). The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE